Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−26550−JKS
Chapter:  7
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Anthony Wesch
   dba Metropolitan Home Builders LLC
   19 Weedon Drive
   West Milford, NJ 07480

Social Security No.:
   xxx−xx−9943

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/27/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 28, 2018
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-26550-JKS
John Anthony Wesch                                                     Chapter 7
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Sep 28, 2018
                             Form ID: 148          Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
```
db          +John Anthony Wesch,   19 Weedon Drive,   West Milford, NJ 07480-1645
517006924   +Barbara Naughton,   19 Weedon Drive,   West Milford, NJ 07480-1645
517006931   +Chilton Medical Center,   97 West Parkway,   Pompton Plains, NJ 07444-1696
517006934   +Equifax Consumer Relations,   POB 740241,   Atlanta, GA 30374-0241
517006935   +Experian,   PO Box 9701,   Allen, TX 75013-9701
517006936   #+Finance Of America Mor,   15325 Fairfield Ranch Road,   Chino Hills, CA 91709-8842
517006937   #+Finance Of America Mortgage,   15325 Fairfield Ranch Road,   Chino Hills, CA 91709-8842
517270059   +Finance of America East,   c/o LoanCare, LLC,   3637 Sentara Way,
             Virginia Beach, VA 23452-4262
517006939   #+Glen Rock Savings Bank,   183 Rock Road,   Glen Rock, NJ 07452-1706
517006940    High Mountain Orthopedics LLC,   342 Hamburg Turnpike, Ste 205,   Wayne, NJ 07470-2166
517006941   +Jeanne Wesch,   19 Weedon Drive,   West Milford, NJ 07480-1645
517006942   +Loancare Inc,   Po Box 8068,   Virginia Beach, VA 23450-8068
517224810   +Metropolitan Surgery Center, LLC.,   c/o Pressler and Pressler, LLP.,   7 Entin Road,
             Parsippany NJ 07054-5020
517006943   +Mid America Bk/total C,   5109 S Broadband Ln,   Sioux Falls, SD 57108-2208
517006952   +PSE&G,   P.O. Box 14444,   New Brunswick, NJ 08906-4444
517006949   +Passaic County Sheriff's Office,   Attn; Sheriff Richard H. Berdnik,   77 Hamilton Street,
             Paterson, NJ 07505-2070
517006951   +Pressler and Pressler, L.L.P.,   7 Entin Road,   Parsippany, NJ 07054-5020
517006956    Synchrony Bank - gen. correspondence,   P.O. Box 105972,   Atlanta, GA 30348-5972
517075345   +Township of West Milford,   1480 Union Valley Road,   West Milford, NJ 07480-1338
517006958   +TransUnion Consumer Relations,   P.O. Box 2000,   Chester, PA 19016-2000
517075564   +VNB Loan Services INC.,   747 Chestnut Ridge Rd,   Chestnut Ridge, NY 10977-6224
517006959   +Valley National Bank,   1460 Valley Rd,   Wayne, NJ 07470-8494
517006960   +Valley Ntl Bk,   1460 Valley Rd,   Wayne, NJ 07470-8494
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2018 23:03:17   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2018 23:03:16   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
intp        +E-mail/Text: BNC@magtrustee.com Sep 28 2018 23:03:36   Marie-Ann Greenberg,
             30 Two Bridges Road, Suite 330,   Fairfield, NJ 07004-1550
cr          +EDI: DRIV.COM Sep 29 2018 02:53:00   Santander Consumer USA Inc.,   P.O. Box 562088,
             Suite 900 North,   Dallas, TX 75356-2088
517006925    EDI: BMW.COM Sep 29 2018 02:53:00   Bmw Financial Services,   Attn: Bankruptcy Department,
             Po Box 3608,   Dublin, OH 43016
517168481    EDI: BANKAMER.COM Sep 29 2018 02:53:00   Bank of America, N.A.,   PO BOX 31785,
             Tampa, FL 33631-3785
517006928   +EDI: CAPITALONE.COM Sep 29 2018 02:53:00   Capital One,   Po Box 30285,
             Salt Lake City, UT 84130-0285
517006927   +EDI: CAPITALONE.COM Sep 29 2018 02:53:00   Capital One,   General Correspondence,
             Po Box 30285,   Salt lake City, UT 84130-0285
517006926   +EDI: CAPITALONE.COM Sep 29 2018 02:53:00   Capital One,   Attn: Bankruptcy,   Po Box 30253,
             Salt Lake City, UT 84130-0253
517256078    EDI: CAPITALONE.COM Sep 29 2018 02:53:00   Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC  28272-1083
517006929   +EDI: MERRICKBANK.COM Sep 29 2018 02:53:00   Cardworks/CW Nexus,   Attn: Bankruptcy,
             Po Box 9201,   Old Bethpage, NY 11804-9001
517006930   +Fax: 602-659-2196 Sep 28 2018 23:13:28   ChexSystems,   Attn: Consumer Relations,
             7805 Hudson Road,Suite 100,   Woodbury, MN 55125-1703
517006932   +EDI: RCSFNBMARIN.COM Sep 29 2018 02:53:00   Credit One Bank Na,   Po Box 98873,
             Las Vegas, NV 89193-8873
517006933   +EDI: DISCOVER.COM Sep 29 2018 02:53:00   Discover Financial,   Po Box 3025,
             New Albany, OH 43054-3025
517006938   +EDI: BLUESTEM Sep 29 2018 02:53:00   Fingerhut,   6250 Ridgewood Rd,
             St Cloud, MN 56303-0820
517214141    EDI: MERRICKBANK.COM Sep 29 2018 02:53:00   MERRICK BANK,   Resurgent Capital Services,
             PO Box 10368,   Greenville, SC 29603-0368
517195054   +EDI: MID8.COM Sep 29 2018 02:53:00   MIDLAND FUNDING LLC,   PO BOX 2011,
             WARREN, MI 48090-2011
517006944   +EDI: MID8.COM Sep 29 2018 02:53:00   Midland Credit Management,
             2365 Northwide Drive Ste. 300,   San Diego, CA 92108-2709
517006945   +EDI: MID8.COM Sep 29 2018 02:53:00   Midland Funding,   Attn: Bankruptcy,   Po Box 939069,
             San Diego, CA 92193-9069
517006946   +EDI: MID8.COM Sep 29 2018 02:53:00   Midland Funding LLC,   8875 Aero Dr. Ste 200,
             San Diego, CA 92123-2255
517006947   +E-mail/Text: bnc@nordstrom.com Sep 28 2018 23:03:04   Nordstrom Fsb,   Correspondence,
             Po Box 6555,   Englewood, CO 80155-6555
517006948   +Fax: 407-737-5634 Sep 28 2018 23:13:28   Ocwen Loan Servicing, Llc,
             Attn: Research/Bankruptcy,   1661 Worthington Rd Ste 100,   West Palm Bch, FL 33409-6493
517006950    EDI: PRA.COM Sep 29 2018 02:53:00   Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Sep 28, 2018
                              Form ID: 148             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517095740          EDI: PRA.COM Sep 29 2018 02:53:00        Portfolio Recovery Associates, LLC,
                   c/o Capital One Bank, N.a., POB 41067,   Norfolk VA 23541
517006953          +EDI: DRIV.COM Sep 29 2018 02:53:00      Santander Consumer USA,  Po Box 961245,
                   Ft Worth, TX 76161-0244
517006954          +EDI: DRIV.COM Sep 29 2018 02:53:00      Santander Consumer USA, Inc.,  POB 560284,
                   Dallas, TX 75356-0284
517006955          +E-mail/Text: cop@santander.us Sep 28 2018 23:03:14        Santander/Sovereign,
                   Mil Code MA1=M83- 01-09,  P.O. Box 841002,  Boston, MA 02284-1002
517006957          +EDI: CHRYSLER.COM Sep 29 2018 02:53:00     TD Auto Financial,  Po Box 9223,
                   Farmington Hills, MI 48333-9223
                                                                                       TOTAL: 28

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2018 at the address(es) listed below:

```
              Benjamin A. Stanziale, Jr.   on behalf of Trustee Benjamin A. Stanziale, Jr.
              trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.   trustee@stanzialelaw.com,  nj45@ecfcbis.com
              John R. Morton, Jr.   on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
              mortoncraigecf@gmail.com
              Marvin  Wolf   on behalf of Debtor John Anthony Wesch marvin.wolf@gmail.com
              Rebecca Ann Solarz   on behalf of Creditor   MIDFIRST BANK rsolarz@kmllawgroup.com
              Steven P. Kelly   on behalf of Creditor   FAM EAST - FAM skelly@sterneisenberg.com,
              bkecf@sterneisenberg.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 7
```