UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**STANZIALE & STANZIALE, P.C.**
29 Northfield Avenue, Suite 201
West Orange, New Jersey 07052-5403
(973) 731-9393
Attorneys for Benjamin A. Stanziale, Jr., Trustee

Order Filed on September 27, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

JOHN ANTHONY WESCH,

      Debtor.

Case No. 17-26550-JKS

Chapter 7

Hearing Date: August 28, 2018 at 10:00 a.m.

Judge: Hon. John K. Sherwood

## ORDER DISMISSING CHAPTER 7 PROCEEDING

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 27, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | John Anthony Wesch |
| Case No: | 17-26550-JKS |
| Caption of Order: | ORDER DISMISSING CHAPTER 7 PROCEEDING |

Upon consideration of Benjamin A. Stanziale, Jr.'s motion for an order dismissing Chapter 7 proceeding and good cause appearing therefore, it is hereby

**ORDERED** that the Chapter 7 Bankruptcy Petition filed by Debtor, John Anthony Wesch, is hereby dismissed and any discharge which has been entered be vacated.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-26550-JKS
John Anthony Wesch                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Sep 28, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.
db              +John Anthony Wesch,    19 Weedon Drive,    West Milford, NJ 07480-1645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2018 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Marvin  Wolf    on behalf of Debtor John Anthony Wesch marvin.wolf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Steven P. Kelly    on behalf of Creditor    FAM EAST - FAM skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7